UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-cv-61075 -WPD

| | |
|---|---|
| SECURITIES AND | ) |
| EXCHANGE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| HAROLD STEVEN | ) |
| BONENBERGER and ANGEL | ) |
| ACQUISITION CORP., n/k/a | ) |
| BIOGERON, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## JUDGMENT OF PERMANENT INJUNCTION AS TO
## DEFENDANT ANGEL ACQUISITION CORP., N/K/A BIOGERON, INC.

The Securities and Exchange Commission having filed a Complaint against Defendant

Angel Acquisition Corp., n/k/a Biogeron, Inc., ("Angel"), and the Court having granted the

Commission's Motion for Default Judgment as to Angel (D.E. # 21) and having found there is

sufficient basis in the pleadings for a default judgment against Angel, the Court enters the

following order imposing a Default Judgment of Permanent Injunction against Angel:

**I.**

### SECTION 17(A)(1) OF THE SECURITIES ACT OF 1933

IT IS ORDERED AND ADJUDGED that Angel and its agents, servants, employees, attorneys, and

all persons in active concert or participation with them who receive actual notice of this

Judgment by personal service or otherwise are permanently restrained and enjoined from

violating Section 17(a)(1) of the Securities Act, 15 U.S.C. § 77q(a)(1), by, in the offer or sale of

any security, using any means or instruments of transportation or communication in interstate

commerce or the mails, directly or indirectly to employ any device, scheme, or artifice to defraud involving the payment of undisclosed compensation in the form of cash, stock, or any other item of value to any investment adviser or manager or to any person associated with such investment adviser or manager.

## II.

### SECTION 10(B) AND RULE 10B-5(A) AND (C)<br>OF THE SECURITIES EXCHANGE ACT OF 1934

**IT IS FURTHER ORDERED AND ADJUDGED** that Angel and its agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Judgment by personal service or otherwise are permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78j(b), and Exchange Act Rule 10b-5(a) and (c), 17 C.F.R. § 240.10b-5(a) and (c), by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

(a)     to employ any device, scheme, or artifice to defraud involving the payment of undisclosed compensation in the form of cash, stock, or any other item of value to any broker or dealer, or the manipulation of the price or volume of any security; or

(b)     to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person involving the payment of undisclosed compensation in the form of cash, stock, or any other item of value to any broker or dealer, or the manipulation of the price or volume of any security.

## III.

### RETENTION OF JURISDICTION

IT IS FURTHER ORDERED AND ADJUDGED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Judgment.

## IV.

### RULE 54(b) CERTIFICATION

IT IS FURTHER ORDERED AND ADJUDGED that there being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Judgment forthwith and without further notice.

Because this case remains open as to another Defendant, the Clerk shall keep this case OPEN.

Done and Ordered in Chambers in Fort Lauderdale, Broward County, Florida, this 30th day of October, 2012.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:

Counsel of Record

Angel Acquisition Corp., n/k/a Biogeron, Inc.
c/o Billy Stout, CEO
1802 North Carson Street
Suite 212-3018
Carson City, NV 89701